UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                  Bankr. Case No. 21-18763-MBK

Robert J. Casale                                                                             Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    ACAR Leasing Ltd. d/b/a GM Financial Leasing
    PO Box 183853
    Arlington, TX  76096

By  /s/  Lorenzo Nunez_____

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                                                                 Bankr. Case No. 21-18763-MBK

Robert J. Casale                                                                                                                                         Chapter 13
        Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on December 8, 2021 :

Kevin C. Fayette                                    Albert Russo
1675 Whitehorse Mercerville Road        CN 4853
Suite 204                                                  Trenton, NJ 08650
Hamilton, NJ 08619

                                                                                        By  /s/ Lorenzo Nunez
                                                                                                Lorenzo Nunez

xxxxx38167 / 1049630