Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−18763−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert J. Casale
   282 George Dye Road
   Hamilton, NJ 08690

Social Security No.:
   xxx−xx−1168

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 20, 2022.

Dated: January 20, 2022
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Robert J. Casale  
    Debtor

Case No. 21-18763-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Jan 20, 2022      Form ID: plncf13      Total Noticed: 58

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J. Casale, 282 George Dye Road, Hamilton, NJ 08690-2319 |
| 519356303 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519448468 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519356314 | + | Citibank, N.A., 395 West Passaic Street, Rochelle Park, NJ 07662-3016 |
| 519356311 | + | Citibank, N.A., C/O Tenaglia & Hunt, P.A., 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519356321 | | Finance of America Mortgage, LLC., P.O. Box 105178, Atlanta, GA 30348-5178 |
| 519356324 | + | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 519356325 | | Hayt, Hayt & Landau, LLC, Meridian Center 1, Two Industrial Way, PO Box 500, Eatontown, NJ 07724-0500 |
| 519356326 | + | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519356334 | | Synchrony Bank, C/O Selip & Stylianou, LLP., 10 Forest Avenue; Suite 300, P.O. Box 914, Paramus, NJ 07653-0914 |
| 519356339 | + | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519356341 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519356342 | + | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |
| 519448788 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519441841 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 519356345 | + | Wells Fargo-pl&l, Max F8234f-02f, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 20 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 20 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519358520 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 20 2022 20:33:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519460900 | | Email/PDF: bncnotices@becket-lee.com | Jan 20 2022 20:39:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519356300 | + | Email/PDF: bncnotices@becket-lee.com | Jan 20 2022 20:39:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519356302 | + | Email/Text: bk@avant.com | Jan 20 2022 20:34:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 519356305 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 20 2022 20:33:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519356308 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2022 20:39:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519449619 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 20 2022 20:39:35 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 21-18763-MBK    Doc 19    Filed 01/22/22    Entered 01/23/22 00:17:50    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 20, 2022 | Form ID: plncf13 | Total Noticed: 58 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519451406 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 20 2022 20:39:54 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519454172 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 20:39:03 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519356313 | + | Email/Text: bankruptcy@rubinrothman.com | Jan 20 2022 20:33:00 | Citibank, N.A., C/O Rubin & Rothman, LLC., 1787 Veterns Memorial Hwy, Islandia, NY 11749-1500 |
| 519356316 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 20:39:39 | Citibankna, Citicorp Credit Srvs/Centralized BK Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 519356317 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 20 2022 20:39:03 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519356318 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 20 2022 20:39:00 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519356320 | | Email/Text: mrdiscen@discover.com | Jan 20 2022 20:33:00 | Discover Bank, C/O Discover Products, Inc., 6500 New Albany Road, New Albany, OH 43054 |
| 519441398 | | Email/Text: mrdiscen@discover.com | Jan 20 2022 20:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519356322 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 20 2022 20:33:00 | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 519356326 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 20 2022 20:33:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519356309 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 20 2022 20:39:48 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519476873 | + | Email/Text: RASEBN@raslg.com | Jan 20 2022 20:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519443892 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2022 20:39:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519459800 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 20 2022 20:38:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519356327 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 20 2022 20:38:46 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519444031 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2022 20:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519356328 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2022 20:34:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519356306 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 20 2022 20:33:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 519473412 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 20 2022 20:33:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519462138 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2022 20:39:52 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519356331 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2022 20:39:34 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519480265 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2022 20:38:58 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 519356319 | | Email/Text: signed.order@pfwattorneys.com | Jan 20 2022 20:33:00 | Discover Bank, C/O Pressler, Felt & Warshaw, LLP., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519446653 | | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2022 20:34:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 20, 2022 | Form ID: plncf13 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 519356332 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 20 2022 20:39:38 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519356333 | | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 20:38:49 | SYNCB/Wal-Mart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 519484302 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 20:38:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519356335 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 20:39:50 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 519357514 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 20:39:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519356336 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 20:39:26 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519356337 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 20:39:50 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519356338 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2022 20:39:49 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519356340 | | Email/Text: bankruptcy@td.com | Jan 20 2022 20:34:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519356346 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 20 2022 20:39:49 | World's Foremost Bank, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519457035 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519460901 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519356301 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519356304 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519356312 | *+ | Citibank, N.A., C/O Tenaglia & Hunt, P.A., 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519356315 | *+ | Citibank, N.A., 395 West Passaic Street, Rochelle Park, NJ 07662-3016 |
| 519356323 | * | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 519356310 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519356329 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519356330 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519356307 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 519356344 | *+ | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |
| 519356343 | *+ | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Jan 20, 2022 | Form ID: plncf13 | Total Noticed: 58

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2022                                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Finance of America Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Debtor Robert J. Casale kfayette@kevinfayette.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4