Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−18763−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert J. Casale
   282 George Dye Road
   Hamilton, NJ 08690

Social Security No.:
   xxx−xx−1168

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 20, 2022.

On 12/3/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:            January 10, 2024
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 4, 2023
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Robert J. Casale  
    Debtor

Case No. 21-18763-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Dec 04, 2023      Form ID: 185      Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J. Casale, 282 George Dye Road, Hamilton, NJ 08690-2319 |
| 519356314 | + | Citibank, N.A., 395 West Passaic Street, Rochelle Park, NJ 07662-3016 |
| 519356321 | | Finance of America Mortgage, LLC., P.O. Box 105178, Atlanta, GA 30348-5178 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 04 2023 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 04 2023 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519358520 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 04 2023 20:54:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519460900 | | Email/PDF: bncnotices@becket-lee.com | Dec 04 2023 21:03:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519356300 | + | Email/PDF: bncnotices@becket-lee.com | Dec 04 2023 21:02:51 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519356302 | + | Email/Text: bk@avant.com | Dec 04 2023 20:54:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 519356303 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 04 2023 20:53:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519448468 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 04 2023 20:53:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519356305 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 04 2023 20:54:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519356308 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 04 2023 21:04:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519449619 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 04 2023 21:04:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519451406 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 04 2023 21:02:42 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519454172 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 21:03:32 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519356313 | + | Email/Text: bankruptcy@rubinrothman.com | Dec 04 2023 20:53:00 | Citibank, N.A., C/O Rubin & Rothman, LLC., 1787 Veterns Memorial Hwy, Islandia, NY |

Case 21-18763-MBK    Doc 38    Filed 12/06/23    Entered 12/07/23 00:13:12    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 04, 2023 | Form ID: 185 | Total Noticed: 60 |

| Recip ID | Notice Type | Email Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 11749-1500 |
| 519356311 | + | Email/Text: ClericalSupport@tenagliahunt.com | Dec 04 2023 20:54:00 | Citibank, N.A., C/O Tenaglia & Hunt, P.A., 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519356316 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 21:03:35 | Citibankna, Citicorp Credit Srvs/Centralized BK Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 519356317 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 21:04:27 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519356318 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 04 2023 21:03:21 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519356320 | | Email/Text: mrdiscen@discover.com | Dec 04 2023 20:53:00 | Discover Bank, C/O Discover Products, Inc., 6500 New Albany Road, New Albany, OH 43054 |
| 519441398 | | Email/Text: mrdiscen@discover.com | Dec 04 2023 20:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519356322 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 04 2023 20:54:00 | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 519356324 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 04 2023 20:54:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 519356325 | ^ | MEBN | Dec 04 2023 20:50:23 | Hayt, Hayt & Landau, LLC, Meridian Center 1, Two Industrial Way, PO Box 500, Eatontown, NJ 07724-0500 |
| 519356326 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 04 2023 20:53:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519356309 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 04 2023 21:04:45 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519476873 | + | Email/Text: RASEBN@raslg.com | Dec 04 2023 20:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519928247 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2023 21:02:36 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519928248 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2023 21:02:55 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519443892 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2023 21:04:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519459800 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 04 2023 21:02:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519356327 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 04 2023 21:02:27 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519444031 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 04 2023 20:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519356328 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 04 2023 20:54:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519356306 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2023 20:53:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 519473412 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2023 20:53:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519462138 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 21:03:48 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519356331 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 21:02:30 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519480265 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2023 21:04:25 | | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 519684078 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2023 21:04:35 | | Portfolio Recovery Associates, LLC, c/o UBER, POB 41067, Norfolk, VA 23541 |
| 519356319 | | Email/Text: signed.order@pfwattorneys.com | Dec 04 2023 20:53:00 | Discover Bank, C/O Pressler, Felt & Warshaw, LLP., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519446653 | | Email/Text: bnc-quantum@quantum3group.com | Dec 04 2023 20:54:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519356332 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2023 21:02:43 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519356333 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 04 2023 21:03:24 | SYNCB/Wal-Mart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 519356334 | | Email/Text: EBN@seliplaw.com | Dec 04 2023 20:54:00 | Synchrony Bank, C/O Selip & Stylianou, LLP., 10 Forest Avenue; Suite 300, P.O. Box 914, Paramus, NJ 07653-0914 |
| 519356335 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 04 2023 21:03:20 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 519484302 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 04 2023 21:03:47 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519356336 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 04 2023 21:02:20 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519356337 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 04 2023 21:02:59 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519356338 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 04 2023 21:03:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519356340 | | Email/Text: bankruptcy@td.com | Dec 04 2023 20:54:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519356339 | + | Email/Text: bncmail@w-legal.com | Dec 04 2023 20:54:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519356342 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 04 2023 21:03:43 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |
| 519356341 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 04 2023 21:03:51 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519441841 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 04 2023 21:04:25 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 519448788 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 04 2023 21:02:42 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519356345 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 04 2023 21:03:40 | Wells Fargo-pl&l, Max F8234f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 519356346 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 04 2023 21:02:18 | World's Foremost Bank, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**   **Bypass Reason**   **Name and Address**

| | | |
|---|---|---|
| 519457035 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519460901 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519356301 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519356304 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519356312 | *+ | Citibank, N.A., C/O Tenaglia & Hunt, P.A., 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519356315 | *+ | Citibank, N.A., 395 West Passaic Street, Rochelle Park, NJ 07662-3016 |
| 519356323 | * | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 519356310 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519356329 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519356330 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519356307 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 519356344 | *+ | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |
| 519356343 | *+ | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Finance of America Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Debtor Robert J. Casale kfayette@kevinfayette.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5