| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 21-18763 / MBK**

Robert J. Casale

Petition Filed Date: 11/11/2021
341 Hearing Date: 12/09/2021
Confirmation Date: 01/12/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2023 | $875.00 | 89306730 | 02/21/2023 | $875.00 | 90063630 | 03/17/2023 | $875.00 | 90589190 |
| 04/18/2023 | $875.00 | 91124820 | 05/15/2023 | $875.00 | 91653330 | 06/09/2023 | $875.00 | 92128660 |
| 07/07/2023 | $875.00 | 92628750 | 08/04/2023 | $875.00 | 93130770 | 09/14/2023 | $875.00 | 93797630 |
| 10/12/2023 | $875.00 | 94279030 | 11/09/2023 | $875.00 | 94755030 | 12/07/2023 | $875.00 | 95220740 |
| 01/18/2024 | $875.00 | 95884210 | | | | | | |

**Total Receipts for the Period: $11,375.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $22,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert J. Casale | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kevin C. Fayette, Esq<br>»» AMD DISCLOSURE 11/12/2021 | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | ACAR LEASING LTD<br>»» 2019 GMC ACADIA/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $3,519.47 | $0.00 | $3,519.47 |
| 3 | WELLS FARGO BANK,NA | Unsecured Creditors | $4,635.32 | $0.00 | $4,635.32 |
| 4 | WELLS FARGO BANK,NA | Unsecured Creditors | $4,346.59 | $0.00 | $4,346.59 |
| 5 | LVNV FUNDING LLC<br>»» CITIBANK/WAWA | Unsecured Creditors | $1,263.74 | $0.00 | $1,263.74 |
| 6 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE | Unsecured Creditors | $370.50 | $0.00 | $370.50 |
| 7 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $2,954.02 | $0.00 | $2,954.02 |
| 8 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY BANK/SPORTSMAN'S GUIDE | Unsecured Creditors | $890.81 | $0.00 | $890.81 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/QCARD | Unsecured Creditors | $434.83 | $0.00 | $434.83 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/PAYPAL | Unsecured Creditors | $6,841.70 | $0.00 | $6,841.70 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY | Unsecured Creditors | $601.42 | $0.00 | $601.42 |
| 12 | BANK OF AMERICA | Unsecured Creditors | $835.99 | $0.00 | $835.99 |
| 13 | WELLS FARGO BANK, NA | Unsecured Creditors | $11,237.92 | $0.00 | $11,237.92 |
| 14 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,414.18 | $0.00 | $4,414.18 |

| # | Creditor | Class | Claim | | |
|---|---|---|---|---|---|
| 15 | WELLS FARGO BANK, NA | Unsecured Creditors | $1,996.89 | $0.00 | $1,996.89 |
| 16 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $678.41 | $0.00 | $678.41 |
| 17 | CITIBANK, N.A. | Unsecured Creditors | $6,577.37 | $0.00 | $6,577.37 |
| 18 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/PAYPAL | Unsecured Creditors | $917.08 | $0.00 | $917.08 |
| 19 | MERRICK BANK | Unsecured Creditors | $330.64 | $0.00 | $330.64 |
| 20 | AMERICAN EXPRESS | Unsecured Creditors | $94.00 | $0.00 | $94.00 |
| 21 | AMERICAN EXPRESS | Unsecured Creditors | $17.16 | $0.00 | $17.16 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» UBER/BARCLAYS | Unsecured Creditors | $751.17 | $0.00 | $751.17 |
| 23 | PNC Bank, N.A. | Unsecured Creditors | $1,001.94 | $0.00 | $1,001.94 |
| 24 | PNC Bank, N.A.<br>»» BBVA USA | Unsecured Creditors | $376.61 | $0.00 | $376.61 |
| 25 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,375.25 | $0.00 | $2,375.25 |
| 26 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,189.09 | $0.00 | $2,189.09 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BP | Unsecured Creditors | $1,155.27 | $0.00 | $1,155.27 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BP/DUP OF #27-1 | Unsecured Creditors<br>No Disbursements: Duplicate Claim | $0.00 | $0.00 | $0.00 |
| 29 | LVNV FUNDING LLC<br>»» CITIBANK COSTCO | Unsecured Creditors | $1,443.52 | $0.00 | $1,443.52 |
| 30 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $280.10 | $0.00 | $280.10 |
| 31 | LVNV FUNDING LLC<br>»» SCORE REWARDS/SYNCHRONY | Unsecured Creditors | $395.45 | $0.00 | $395.45 |
| 32 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» AMAZON STORE CARD | Unsecured Creditors | $1,194.92 | $0.00 | $1,194.92 |
| 33 | LVNV FUNDING LLC<br>»» QVC | Unsecured Creditors | $49.98 | $0.00 | $49.98 |
| 34 | Citibank, N.A.<br>»» JUDGMENT DC-000115-21 | Secured Creditors<br>Hold Funds: Per Plan | $3,491.00 | $0.00 | $3,491.00 |
| 35 | Citibank, N.A.<br>»» JUDGMENT DC-005014-20 | Secured Creditors<br>Hold Funds: Per Plan | $2,141.00 | $0.00 | $2,141.00 |
| 36 | Citibank, N.A.<br>»» JUDGMENT DC-004889-20 | Secured Creditors<br>Hold Funds: Per Plan | $1,906.00 | $0.00 | $1,906.00 |
| 37 | Synchrony Bank<br>»» JUDGMENT DC-001563-21/VJ-001799-21 | Secured Creditors<br>Hold Funds: Per Plan | $7,385.00 | $0.00 | $7,385.00 |
| 38 | Discover Bank<br>»» DC-00184121 | Secured Creditors<br>Hold Funds: Per Plan | $3,687.00 | $0.00 | $3,687.00 |

**Chapter 13 Case No. 21-18763 / MBK**

|  | SUMMARY | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 1/25/2024: | | | |
| Total Receipts: | $22,750.00 | Plan Balance: | $29,750.00 ** |
| Paid to Claims: | $3,750.00 | Current Monthly Payment: | $875.00 |
| Paid to Trustee: | $1,781.52 | Arrearages: | $0.00 |
| Funds on Hand: | $17,218.48 | Total Plan Base: | $52,500.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.