Order Filed on March 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, NJ 08619

In Re:

    Robert J. Casale

Case No. 21-18763

Adv. No.

Hearing Date: 03/13/2024

Judge: MBK

## ORDER AVOIDING JUDICIAL LIENS

The relief set forth on page number two (2) is hereby **ORDERED.**

**DATED: March 14, 2024**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No. 21-18763
Order Avoiding Judicial Liens
Page 2

Upon consideration of Debtors' Motion to Avoid Liens, and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED that:

1. The Motion is Granted;

2. Citibank, N.A. ("Creditor") obtained a judgement against Debtor in the Mercer County Special Civil Part Court, MER DC-004889-20, VJ Number 000868-21. Citibank, N.A. ("Creditor") obtained a judgement against Debtor in the Mercer County Special Civil Part Court, MER DC-005014-20, VJ Number 000889-21. Citibank, N.A. ("Creditor") obtained a judgement against Debtor in the Mercer County Special Civil Part Court, MER DC-000115-21, VJ Number 000890-21. Synchrony Bank ("Creditor") obtained a judgement against Debtor in the Mercer County Special Civil Part Court, MER DC-001563-21, VJ Number 001799-21. Discover Bank ("Creditor") obtained a judgement against Debtor in the Mercer County Special Civil Part Court, MER DC-001841-21, VJ Number 002292-21, DJ-161813-21 are hereby avoided and declared null and void against 282 George Dye Road Hamilton, NJ 08690.

3. All property affected by the liens, and title thereto and possession thereof, is hereby discharged from the liens, including the real and personal property located at 282 George Dye Road Hamilton, NJ 08690.