UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, NJ 08619

In Re:
    Robert J. Casale

Order Filed on March 14, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 21-18763

Adv. No.

Hearing Date: 03/13/2024

Judge: MBK

## ORDER AVOIDING JUDICIAL LIENS

The relief set forth on page number two (2) is hereby **ORDERED.**

**DATED: March 14, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No. 21-18763
Order Avoiding Judicial Liens
Page 2

Upon consideration of Debtors' Motion to Avoid Liens, and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED that:

1. The Motion is Granted**;**

2. Citibank, N.A. ("Creditor") obtained a judgement against Debtor in the Mercer County Special Civil Part Court, MER DC-004889-20, VJ Number 000868-21. Citibank, N.A. ("Creditor") obtained a judgement against Debtor in the Mercer County Special Civil Part Court, MER DC-005014-20, VJ Number 000889-21. Citibank, N.A. ("Creditor") obtained a judgement against Debtor in the Mercer County Special Civil Part Court, MER DC-000115-21, VJ Number 000890-21. Synchrony Bank ("Creditor") obtained a judgement against Debtor in the Mercer County Special Civil Part Court, MER DC-001563-21, VJ Number 001799-21. Discover Bank ("Creditor") obtained a judgement against Debtor in the Mercer County Special Civil Part Court, MER DC-001841-21, VJ Number 002292-21, DJ-161813-21 are hereby avoided and declared null and void against 282 George Dye Road Hamilton, NJ 08690.

3. All property affected by the liens, and title thereto and possession thereof, is hereby discharged from the liens, including the real and personal property located at 282 George Dye Road Hamilton, NJ 08690.

United States Bankruptcy Court
District of New Jersey

In re:  
Robert J. Casale  
    Debtor

Case No. 21-18763-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1  
Date Rcvd: Mar 14, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert J. Casale, 282 George Dye Road, Hamilton, NJ 08690-2319 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Finance of America Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Debtor Robert J. Casale kfayette@kevinfayette.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5