Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−18763−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert J. Casale
   282 George Dye Road
   Hamilton, NJ 08690

Social Security No.:
   xxx−xx−1168

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 14, 2024.


Dated: March 14, 2024
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                        Case No. 21-18763-MBK
Robert J. Casale                                                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                    Page 1 of 4
Date Rcvd: Mar 14, 2024                     Form ID: plncf13                               Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol     Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J. Casale, 282 George Dye Road, Hamilton, NJ 08690-2319 |
| 519356314 | + | Citibank, N.A., 395 West Passaic Street, Rochelle Park, NJ 07662-3016 |
| 519356321 | | Finance of America Mortgage, LLC., P.O. Box 105178, Atlanta, GA 30348-5178 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 14 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 14 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519358520 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 14 2024 20:51:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519460900 | | Email/PDF: bncnotices@becket-lee.com | Mar 14 2024 21:08:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519356300 | + | Email/PDF: bncnotices@becket-lee.com | Mar 14 2024 21:08:02 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519356302 | + | Email/Text: bk@avant.com | Mar 14 2024 20:51:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 519356303 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 14 2024 20:50:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519448468 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 14 2024 20:50:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519356305 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 14 2024 20:51:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519356308 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2024 21:08:27 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519449619 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 14 2024 20:56:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519451406 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 14 2024 21:07:42 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519454172 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2024 21:07:28 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519356313 | + | Email/Text: bankruptcy@rubinrothman.com | Mar 14 2024 20:50:00 | Citibank, N.A., C/O Rubin & Rothman, LLC., 1787 Veterns Memorial Hwy, Islandia, NY |

Case 21-18763-MBK    Doc 47    Filed 03/16/24    Entered 03/17/24 00:15:58    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: Mar 14, 2024 | Form ID: plncf13 | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | | 11749-1500 |
| 519356311 | + | Email/Text: ClericalSupport@tenagliahunt.com | Mar 14 2024 20:50:00 | Citibank, N.A., C/O Tenaglia & Hunt, P.A., 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519356316 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2024 21:07:51 | Citibankna, Citicorp Credit Srvs/Centralized BK Dept, Po Box 790034, St. Louis, MO 63179-0034 |
| 519356317 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2024 20:57:07 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 519356318 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 14 2024 20:56:09 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519356320 | | Email/Text: mrdiscen@discover.com | Mar 14 2024 20:50:00 | Discover Bank, C/O Discover Products, Inc., 6500 New Albany Road, New Albany, OH 43054 |
| 519441398 | | Email/Text: mrdiscen@discover.com | Mar 14 2024 20:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519356322 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 14 2024 20:51:00 | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 519356324 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 14 2024 20:50:00 | Gs Bank Usa, Attn: Bankruptcy, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 519356325 | ^ | MEBN | Mar 14 2024 20:49:13 | Hayt, Hayt & Landau, LLC, Meridian Center 1, Two Industrial Way, PO Box 500, Eatontown, NJ 07724-0500 |
| 519356326 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Mar 14 2024 20:50:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 519356309 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2024 21:08:16 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519476873 | + | Email/Text: RASEBN@raslg.com | Mar 14 2024 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519928247 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2024 20:57:07 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519928248 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2024 21:07:30 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519443892 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2024 21:08:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519459800 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2024 21:08:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519356327 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2024 20:55:56 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519444031 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 14 2024 20:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519356328 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 14 2024 20:51:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519356306 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 14 2024 20:50:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 519473412 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 14 2024 20:50:00 | PNC Bank NA, Bankrupcty Department, PO BOX 94982, Cleveland, OH 44101 |
| 519462138 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2024 20:57:02 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519356331 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2024 21:07:38 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: plncf13 | Total Noticed: 60 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519480265 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2024 21:08:00 | | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 519684078 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2024 20:57:02 | | Portfolio Recovery Associates, LLC, c/o UBER, POB 41067, Norfolk, VA 23541 |
| 519356319 | | Email/Text: signed.order@pfwattorneys.com | Mar 14 2024 20:50:00 | Discover Bank, C/O Pressler, Felt & Warshaw, LLP., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519446653 | | Email/Text: bnc-quantum@quantum3group.com | Mar 14 2024 20:51:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519356332 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2024 20:56:42 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519356333 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2024 20:56:58 | SYNCB/Wal-Mart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 519356334 | | Email/Text: EBN@seliplaw.com | Mar 14 2024 20:51:00 | Synchrony Bank, C/O Selip & Stylianou, LLP., 10 Forest Avenue; Suite 300, P.O. Box 914, Paramus, NJ 07653-0914 |
| 519356335 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2024 21:08:23 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 519484302 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 14 2024 20:56:59 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519356336 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2024 20:56:42 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519356337 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2024 21:08:16 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519356338 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2024 20:56:26 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519356340 | | Email/Text: bankruptcy@td.com | Mar 14 2024 20:51:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519356339 | + | Email/Text: bncmail@w-legal.com | Mar 14 2024 20:51:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519356342 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 14 2024 20:56:42 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |
| 519356341 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 14 2024 21:08:26 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519441841 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 14 2024 21:07:41 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 519448788 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 14 2024 21:08:23 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519356345 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 14 2024 20:57:09 | Wells Fargo-pl&l, Max F8234f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 519356346 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2024 21:08:05 | World's Foremost Bank, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 57

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason    Name and Address**

| | | |
|---|---|---|
| 519457035 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519460901 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519356301 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519356304 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519356312 | *+ | Citibank, N.A., C/O Tenaglia & Hunt, P.A., 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519356315 | *+ | Citibank, N.A., 395 West Passaic Street, Rochelle Park, NJ 07662-3016 |
| 519356323 | * | GM Financial, P.O. Box 78143, Phoenix, AZ 85062-8143 |
| 519356310 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519356329 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519356330 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519356307 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 519356344 | *+ | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |
| 519356343 | *+ | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Finance of America Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Debtor Robert J. Casale kfayette@kevinfayette.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5