Office Mailing Address:                                                                      Send Payments **ONLY** to:
Albert Russo, Trustee                                                                              Albert Russo, Trustee
PO Box 4853                                                                                                    PO Box 933
Trenton, NJ  08650-4853                                                                     Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 21-18763 / MBK**

Robert J. Casale

Petition Filed Date: 11/11/2021
341 Hearing Date: 12/09/2021
Confirmation Date: 01/12/2022

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2024 | $875.00 | 95884210 | 02/15/2024 | $875.00 | 96340640 | 03/14/2024 | $875.00 | 96836190 |
| 04/12/2024 | $875.00 | 97302970 | 05/10/2024 | $875.00 | 97780730 | 06/21/2024 | $875.00 | 98435610 |
| 07/19/2024 | $875.00 | 98877470 | 08/16/2024 | $875.00 | 99329450 | 09/13/2024 | $875.00 | 99747540 |
| 10/15/2024 | $875.00 | 10024260 | 11/08/2024 | $875.00 | 10063719 | 12/10/2024 | $875.00 | 10111852 |

Total Receipts for the Period: $10,500.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $33,250.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert J. Casale | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kevin C. Fayette, Esq.<br>»» AMD DISCLOSURE 11/12/2021 | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | ACAR LEASING LTD<br>»» 2019 GMC ACADIA/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $3,519.47 | $1,395.15 | $2,124.32 |
| 3 | WELLS FARGO BANK,NA | Unsecured Creditors | $4,635.32 | $1,837.49 | $2,797.83 |
| 4 | WELLS FARGO BANK,NA | Unsecured Creditors | $4,346.59 | $1,723.03 | $2,623.56 |
| 5 | LVNV FUNDING LLC<br>»» CITIBANK/WAWA | Unsecured Creditors | $1,263.74 | $500.96 | $762.78 |
| 6 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE | Unsecured Creditors | $370.50 | $142.25 | $228.25 |
| 7 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $2,954.02 | $1,171.01 | $1,783.01 |
| 8 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY BANK/SPORTSMAN'S GUIDE | Unsecured Creditors | $890.81 | $342.01 | $548.80 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/QCARD | Unsecured Creditors | $434.83 | $172.37 | $262.46 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/PAYPAL | Unsecured Creditors | $6,841.70 | $2,712.12 | $4,129.58 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY | Unsecured Creditors | $601.42 | $230.90 | $370.52 |
| 12 | BANK OF AMERICA | Unsecured Creditors | $835.99 | $320.97 | $515.02 |
| 13 | WELLS FARGO BANK, NA | Unsecured Creditors | $11,237.92 | $4,454.83 | $6,783.09 |
| 14 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,414.18 | $1,749.82 | $2,664.36 |

**Chapter 13 Case No. 21-18763 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | WELLS FARGO BANK, NA | Unsecured Creditors | $1,996.89 | $791.59 | $1,205.30 |
| 16 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $678.41 | $260.46 | $417.95 |
| 17 | CITIBANK, N.A. | Unsecured Creditors | $6,577.37 | $2,607.34 | $3,970.03 |
| 18 | MIDLAND CREDIT MANAGEMENT, INC »» SYNCHRONY BANK/PAYPAL | Unsecured Creditors | $917.08 | $352.10 | $564.98 |
| 19 | MERRICK BANK | Unsecured Creditors | $330.64 | $126.95 | $203.69 |
| 20 | AMERICAN EXPRESS | Unsecured Creditors | $94.00 | $26.40 | $67.60 |
| 21 | AMERICAN EXPRESS | Unsecured Creditors | $17.16 | $0.00 | $17.16 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» UBER/BARCLAYS | Unsecured Creditors | $751.17 | $288.40 | $462.77 |
| 23 | PNC Bank, N.A. | Unsecured Creditors | $1,001.94 | $384.68 | $617.26 |
| 24 | PNC Bank, N.A. »» BBVA USA | Unsecured Creditors | $376.61 | $144.60 | $232.01 |
| 25 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,375.25 | $941.58 | $1,433.67 |
| 26 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,189.09 | $867.78 | $1,321.31 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES »» SYNCHRONY BP | Unsecured Creditors | $1,155.27 | $457.97 | $697.30 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES »» SYNCHRONY BP/DUP OF #27-1 | Unsecured Creditors<br>No Disbursements: Duplicate Claim | $0.00 | $0.00 | $0.00 |
| 29 | LVNV FUNDING LLC »» CITIBANK COSTCO | Unsecured Creditors | $1,443.52 | $572.23 | $871.29 |
| 30 | LVNV FUNDING LLC »» CREDIT ONE | Unsecured Creditors | $280.10 | $96.76 | $183.34 |
| 31 | LVNV FUNDING LLC »» SCORE REWARDS/SYNCHRONY | Unsecured Creditors | $395.45 | $156.76 | $238.69 |
| 32 | SYNCHRONY BANK BY AIS INFOSOURCE LP »» AMAZON STORE CARD | Unsecured Creditors | $1,194.92 | $473.68 | $721.24 |
| 33 | LVNV FUNDING LLC »» QVC | Unsecured Creditors | $49.98 | $15.31 | $34.67 |
| 34 | Citibank, N.A. »» JUDGMENT/DC-000115-21/AVOID LIEN/ORDER 3/14/24 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | Citibank, N.A. »» JUDGMENT/DC-005014-20/AVOID LIEN/ORDER 3/14/24 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | Citibank, N.A. »» JUDGMENT/DC-004889-20/AVOID LIEN/ORDER 3/14/24 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | Synchrony Bank »» JUDGMENT/DC-001563-21/VJ-001799-21/AVOID LIEN/ORDER 3/14/24 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | Discover Bank »» DC-00184121/AVOID LIEN/ORDER 3/14/24 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-18763 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,250.00 | Plan Balance: | $18,375.00 ** |
| Paid to Claims: | $29,067.50 | Current Monthly Payment: | $875.00 |
| Paid to Trustee: | $2,460.58 | Arrearages: | ($875.00) |
| Funds on Hand: | $1,721.92 | Total Plan Base: | $51,625.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**