Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 21-18763 / MBK**

Robert J. Casale

Petition Filed Date: 11/11/2021
341 Hearing Date: 12/09/2021
Confirmation Date: 01/12/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2025 | $875.00 | 10165974 | 02/18/2025 | $875.00 | I1MR6T3JT8-P | 03/17/2025 | $875.00 | I1V8G179WL-F |
| 04/14/2025 | $875.00 | I13NG77G1T-F | 05/08/2025 | $875.00 | I1X3L54MLD-P | 06/20/2025 | $875.00 | I196LL01K6-PI |
| 07/21/2025 | $875.00 | I1D8L4W32D-F | 08/14/2025 | $875.00 | I1PNFN9PYF-F | 09/16/2025 | $875.00 | I1N9FSG412-F |
| 10/14/2025 | $875.00 | I12VF4ZHGX-F | 11/24/2025 | $875.00 | I11YSRT0DC-F | 12/19/2025 | $875.00 | I188SQBB1D-F |
| 01/16/2026 | $875.00 | I85GCKKRHF- | 02/13/2026 | $875.00 | I8MRBXCDCJ- | | | |

**Total Receipts for the Period: $12,250.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $44,625.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Robert J. Casale | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kevin C. Fayette, Esq.<br>»» AMD DISCLOSURE 11/12/2021 | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | ACAR LEASING LTD<br>»» 2019 GMC ACADIA/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $3,519.47 | $1,967.56 | $1,551.91 |
| 3 | WELLS FARGO BANK,NA | Unsecured Creditors | $4,635.32 | $2,591.39 | $2,043.93 |
| 4 | WELLS FARGO BANK,NA | Unsecured Creditors | $4,346.59 | $2,429.97 | $1,916.62 |
| 5 | LVNV FUNDING LLC<br>»» CITIBANK/WAWA | Unsecured Creditors | $1,263.74 | $706.50 | $557.24 |
| 6 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE | Unsecured Creditors | $370.50 | $197.78 | $172.72 |
| 7 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $2,954.02 | $1,651.45 | $1,302.57 |
| 8 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY BANK/SPORTSMAN'S GUIDE | Unsecured Creditors | $890.81 | $498.00 | $392.81 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/QCARD | Unsecured Creditors | $434.83 | $237.60 | $197.23 |
| 10 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/PAYPAL | Unsecured Creditors | $6,841.70 | $3,824.86 | $3,016.84 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY | Unsecured Creditors | $601.42 | $336.22 | $265.20 |
| 12 | BANK OF AMERICA | Unsecured Creditors | $835.99 | $467.36 | $368.63 |
| 13 | WELLS FARGO BANK, NA | Unsecured Creditors | $11,237.92 | $6,282.58 | $4,955.34 |

**Chapter 13 Case No. 21-18763 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 14 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,414.18 | $2,467.76 | $1,946.42 |
| 15 | WELLS FARGO BANK, NA | Unsecured Creditors | $1,996.89 | $1,116.36 | $880.53 |
| 16 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $678.41 | $379.27 | $299.14 |
| 17 | CITIBANK, N.A. | Unsecured Creditors | $6,577.37 | $3,677.09 | $2,900.28 |
| 18 | MIDLAND CREDIT MANAGEMENT, INC »» SYNCHRONY BANK/PAYPAL | Unsecured Creditors | $917.08 | $512.70 | $404.38 |
| 19 | MERRICK BANK | Unsecured Creditors | $330.64 | $176.49 | $154.15 |
| 20 | AMERICAN EXPRESS | Unsecured Creditors | $94.00 | $41.95 | $52.05 |
| 21 | AMERICAN EXPRESS | Unsecured Creditors | $17.16 | $0.00 | $17.16 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» UBER/BARCLAYS | Unsecured Creditors | $751.17 | $419.94 | $331.23 |
| 23 | PNC Bank, N.A. | Unsecured Creditors | $1,001.94 | $560.14 | $441.80 |
| 24 | PNC Bank, N.A. »» BBVA USA | Unsecured Creditors | $376.61 | $201.03 | $175.58 |
| 25 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,375.25 | $1,327.88 | $1,047.37 |
| 26 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,189.09 | $1,223.82 | $965.27 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES »» SYNCHRONY BP | Unsecured Creditors | $1,155.27 | $631.27 | $524.00 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES »» SYNCHRONY BP/DUP OF #27-1 | Unsecured Creditors No Disbursements: Duplicate Claim | $0.00 | $0.00 | $0.00 |
| 29 | LVNV FUNDING LLC »» CITIBANK/COSTCO | Unsecured Creditors | $1,443.52 | $807.00 | $636.52 |
| 30 | LVNV FUNDING LLC »» CREDIT ONE | Unsecured Creditors | $280.10 | $149.52 | $130.58 |
| 31 | LVNV FUNDING LLC »» SCORE REWARDS/SYNCHRONY | Unsecured Creditors | $395.45 | $216.09 | $179.36 |
| 32 | SYNCHRONY BANK BY AIS INFOSOURCE LP »» AMAZON STORE CARD | Unsecured Creditors | $1,194.92 | $668.02 | $526.90 |
| 33 | LVNV FUNDING LLC »» QVC | Unsecured Creditors | $49.98 | $15.31 | $34.67 |
| 34 | Citibank, N.A. »» JUDGMENT/DC-000115-21/AVOID LIEN/ORDER 3/14/24 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | Citibank, N.A. »» JUDGMENT/DC-005014-20/AVOID LIEN/ORDER 3/14/24 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | Citibank, N.A. »» JUDGMENT/DC-004889-20/AVOID LIEN/ORDER 3/14/24 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | Synchrony Bank »» JUDGMENT/DC-001563-21/VJ-001799-21/AVOID LIEN/ORDER 3/14/24 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | Discover Bank »» DC-00184121/AVOID LIEN/ORDER 3/14/24 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-18763 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $44,625.00 | Plan Balance: | $7,000.00 ** |
| Paid to Claims: | $39,532.91 | Current Monthly Payment: | $875.00 |
| Paid to Trustee: | $3,379.37 | Arrearages: | ($875.00) |
| Funds on Hand: | $1,712.72 | Total Plan Base: | $51,625.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**