Certificate Number: 03088-NJ-DE-041599964

Bankruptcy Case Number: 21-18763

03088-NJ-DE-041599964

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 26, 2026, at 9:00 o'clock AM CDT, Robert J Casale completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: October 26, 2026

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor